IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MIN NAING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADVANCED FRESH CONCEPTS CORPORATION,<br><br>　　　　Defendant. | CV 18-45-BU-BMM-JCL<br><br><br>ORDER |

Defendant has moved for an order allowing Grant Nigolian to appear *pro hac vice* in this case with Jeffrey M. Roth of Crowley Fleck, PLLP designated as local counsel.

The application of Mr. Nigolian appears to be in compliance with Local Rule 83.1(d).

Accordingly, IT IS ORDERED:

Defendant's motion to allow Mr. Nigolian to appear on its behalf is GRANTED, subject to the following conditions:

　　1.　Local counsel shall exercise the responsibilities required by Local Rule 83.1(d)(6) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Nigolian must do his own work. Mr. Nigolian must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal only to Mr. Nigolian not the law firm of GNPC Law.

IT IS FURTHER ORDERED:

Mr. Nigolian shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 24th day of July, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge